**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | 03 MDL 1570 (GBD)(SN) |
| **TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | |
| ROBERT COPPOLA; RICHARD CORAGGIO; TIESHIA COBB, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HELEN CORBETT, AND TIESHIA COBB INDIVIDUALLY; RHIO CORELLI; MICHAEL COREY; PETER CORRA AND KELLI CORRA; JOSEPHINE COSTARELLA; GUY COZZI; JAMEL CRAWFORD; JAMES CREAGHE; KENNETH CREIGHTNEY; HIGHLEIGH CRIZOE; JAMES CRUICKSHANKS AND KATHLEEN CRUICKSHANKS; ANA JULIA CRUZ; FROILAN CRUZ AND MATILDE RODRIGUEZ-VALDEZ; KICHA CRUZ; MARTHA CRUZ AND ALEXANDER CRUZ; DONALD CUMBERLAND; SHERYL CUMMINGS; TRACEY E. CUNNINGHAM AND WILLIAM CUNNINGHAM; MARCELA CUOMO AND JOHN CUOMO ; KATHRYN CURRAN AND PATRICK DARCY; RICHARD CURRAN; JOSEPH CUSIMANO AND SARA CUSIMANO; ROSARIO CUTRUPI, JR. AND MARGHERITA CUTRUPI; NUNZIO CUTTITTA; MILTON DAMON AND DOROTHY DAMON; BARRON DANDRIDGE; FREDERICK DANIELS; CAROLYN PETERSN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CALVIN LEE DARGAN, AND CAROLYN PETERSN INDIVIDUALLY; IRINA DAVIDOVA; COLEEN DAVIS; FLORENCE A. DAVIS; JEAN DAVIS; PAUL DAVIS; TAWANA DAVIS; WAYNE A. DAVIS AND RITA DAVIS; REHENIA E. DAVIS WALLS; FANY DE JESUS; | **SAUDI ARABIA SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY** |

**NIXSON DEJESUS; SUZANA DEJKANOVIC; EITHAN DELARIA; STEVENSON DELERME; KHADIJA DELOACHE; MEJREMA DEMIROVIC AND RAMAZAN DEMIROVIC; JOHN W. DENNEHY; PATRICIA G. DENT; MARIA M. DIAZ; GEORGE OLIVERI, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DEBRA DIBLASE, AND GEORGE OLIVERI INDIVIDUALLY; PATRICIA DIGGS-HERMAN; LAURA DIOP; JOSEPH DIPIAZZA AND VIRGINIA SERIANO; JOHN DITORO AND DAWN DITORO; RANDOLPH DIXON AND MARIANA CONTEH; FRANCIS DOHERTY; DENNIS DOMINGUEZ; DANIELLE R. DONADIO; ROCCO DONADIO AND DOREEN DONADIO; YI FA DONG; MANUEL DOSIL; BRIDGET DOUGLAS AND SIDNEY BURTON; RUBY DOUGLAS; DINA N. DOYEN RAMOS; ALBERT DRAYTON AND MALESCA DRAYTON; EDWARD D'ROZARIO; MARTIN DUANE; JOHN J. DUFF, III; GEORGE DUMONT AND CATHERINE CLANCY-DUMONT; PATRICK DUNN; VANESSA EASON, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALMA LOUISE EASON, AND VANESSA EASON INDIVIDUALLY; JACK EINHEBER; JACK EINHEBER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF STEVEN EINHEBER, AND JACK EINHEBER INDIVIDUALLY; SANTO ELARDO; WAJEEH ELIAS AND SAHAR SABRI; FRIDERIKA ELINSON; HARVEY ELKINS; BRENDA H. ELLIS; DANIEL ELLIS; AND ESSIE ELLIS AND JIMMIE SMITH**

        **PLAINTIFF(S),**

    **-against-**

**KINGDOM OF SAUDI ARABIA,**

        **DEFENDANT.**

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Kingdom of Saudi Arabia, arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of July 10, 2018, ECF No. 4045. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463, or (b) the Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1.

Upon filing this Saudi Arabia Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction is premised on the grounds set forth in the complaints specified below, and further, jurisdiction of this Saudi Arabia Short Form Complaint is premised upon and applicable to all defendants in this action:

- ☑ 28 U.S.C. § 1605(a)(5) (non-commercial tort exception)
- ☑ 28 U.S.C. § 1605B (Justice against Sponsors of Terrorism Act)
- ☑ 28 U.S.C. § 1330 (actions against foreign states)

☐ Other: (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP):

_____

_____

_____.

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

☑ **Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463 (check all causes of action that apply)**

☑ COUNT I - Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA).

☑ COUNT II - Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a).

☑ COUNT III - Committing Acts of International Terrorism in Violation of 18 U.S.C. § 2333.

☑ COUNT IV - Wrongful Death.

☑ COUNT VI - Alien Tort Claims Act.

☑ COUNT VII - Assault and Battery.

☑ COUNT VIII - Conspiracy.

☑ COUNT IX - Aiding and Abetting.

☑ COUNT X - Intentional Infliction of Emotional Distress.

☑ COUNT XII - Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents.

☑ COUNT XIII - Liability Pursuant to Restatement (Second) of Torts § 317

and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.

☑ COUNT XIV - 18 U.S.C. § 1962(a)-(d) – CIVIL RICO.

☑ COUNT XV - Trespass.

☑ COUNT XVI - Violations of International Law.

☐ **Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1 (check all causes of action that apply)**

☐ First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

☐ First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

☐ Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law

☐ Second Cause of Action for Personal Injury Damages Pursuant to State Tort Law

☐ Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act

☐ Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

☐ Each Plaintiff asserts the following additional theories and/or Causes of Action against the Kingdom of Saudi Arabia:

_____

_____

_____.

## IDENTIFICATION OF PLAINTIFFS

4. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Saudi Arabia Short Form

Complaint, herein referred to as "Plaintiffs."

    a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Saudi Arabia Short Form Complaint.

    b. Plaintiff is entitled to recover damages on the causes of action set forth in this Saudi Arabia Short Form Complaint.

    c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

    d. For those plaintiffs with injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

    e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Saudi Arabia Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

    f. The name, relationship to the injured and/or deceased September 11 victim,

residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

5. The only Defendant named in this Saudi Arabia Short Form Complaint is the Kingdom of Saudi Arabia.

## NO WAIVER OF OTHER CLAIMS

6. By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7. By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

8. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Saudi Arabia Short Form Complaint as appropriate.

Dated: December 28, 2018    Respectfully Submitted,

           /s/ Christopher R. LoPalo
           Christopher R. LoPalo (CL-6466)
           Paul J. Napoli (PN-8845)
           Jaquay Felix (JF-6030)
           **NAPOLI SHKOLNIK PLLC**
           400 Broadhollow Road, Suite 305
           Melville, NY 11747
           Telephone (212) 397-1000
           clopalo@napolilaw.com
           pnapoli@napolilaw.com
           jfelix@napolilaw.com

           *COUNSEL FOR PLAINTIFFS*

See Appendix 1 Annexed

# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

|  | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1. | Robert Coppola | NY | USA | | | | Personal Injury |
| 2. | Richard Coraggio | NY | USA | | | | Personal Injury |
| 3. | Tieshia Cobb | NY | USA | Helen Corbett | daughter | USA | Death, Solatium |
| 4. | Rhio Corelli | NY | USA | | | | Personal Injury |
| 5. | Michael Corey | NY | USA | | | | Personal Injury |
| 6. | Peter Corra | NJ | USA | | | | Personal Injury |
| 7. | Kelli Corra | NJ | USA | | | | Loss of Consortium |
| 8. | Josephine Costarella | NY | USA | | | | Personal Injury |
| 9. | Guy Cozzi | CT | USA | | | | Personal Injury |
| 10. | Jamel Crawford | NY | USA | | | | Personal Injury |
| 11. | James Creaghe | NJ | USA | | | | Personal Injury |
| 12. | Kenneth Creightney | NY | USA | | | | Personal Injury |
| 13. | Highleigh Crizoe | NY | USA | | | | Personal Injury |
| 14. | James Cruickshanks | NY | USA | | | | Personal Injury |
| 15. | Kathleen Cruickshanks | NY | USA | | | | Loss of Consortium |
| 16. | Ana Julia Cruz | NY | USA | | | | Personal Injury |
| 17. | Froilan Cruz | NY | USA | | | | Personal Injury |
| 18. | Matilde Rodriguez-Valdez | NY | USA | | | | Loss of Consortium |
| 19. | Kicha Cruz | NY | USA | | | | Personal Injury |
| 20. | Martha Cruz | NY | USA | | | | Personal Injury |
| 21. | Alexander Cruz | NY | USA | | | | Loss of Consortium |
| 22. | Donald Cumberland | NY | USA | | | | Personal Injury |
| 23. | Sheryl Cummings | NY | USA | | | | Personal Injury |
| 24. | Tracey E. Cunningham | TX | USA | | | | Personal Injury |
| 25. | William Cunningham | TX | USA | | | | Loss of Consortium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26. | Marcela Cuomo | NY | USA | | | | Personal Injury |
| 27. | John Cuomo | NY | USA | | | | Loss of Consortium |
| 28. | Kathryn Curran | NJ | USA | | | | Personal Injury |
| 29. | Patrick Darcy | NJ | USA | | | | Loss of Consortium |
| 30. | Richard Curran | NJ | USA | | | | Personal Injury |
| 31. | Joseph Cusimano | NJ | USA | | | | Personal Injury |
| 32. | Sara Cusimano | NJ | USA | | | | Loss of Consortium |
| 33. | Rosario Cutrupi, Jr. | NJ | USA | | | | Personal Injury |
| 34. | Margherita Cutrupi | NJ | USA | | | | Loss of Consortium |
| 35. | Nunzio Cuttitta | NY | USA | | | | Personal Injury |
| 36. | Milton Damon | NY | USA | | | | Personal Injury |
| 37. | Dorothy Damon | NY | USA | | | | Loss of Consortium |
| 38. | Barron Dandridge | NY | USA | | | | Personal Injury |
| 39. | Frederick Daniels | NY | USA | | | | Personal Injury |
| 40. | Carolyn Petersn | NY | USA | Calvin Lee Dargan | daughter | USA | Death, Solatium |
| 41. | Irina Davidova | NY | USA | | | | Personal Injury |
| 42. | Coleen Davis | NY | USA | | | | Personal Injury |
| 43. | Florence A. Davis | NY | USA | | | | Personal Injury |
| 44. | Jean Davis | NY | USA | | | | Personal Injury |
| 45. | Paul Davis | GA | USA | | | | Personal Injury |
| 46. | Tawana Davis | NY | USA | | | | Personal Injury |
| 47. | Wayne A. Davis | NY | USA | | | | Personal Injury |
| 48. | Rita Davis | NY | USA | | | | Loss of Consortium |
| 49. | Rehenia E. Davis Walls | NY | USA | | | | Personal Injury |
| 50. | Fany De Jesus | NY | USA | | | | Personal Injury |
| 51. | Nixson DeJesus | PA | USA | | | | Personal Injury |
| 52. | Suzana Dejkanovic | FL | USA | | | | Personal Injury |
| 53. | Eithan Delaria | NY | USA | | | | Personal Injury |
| 54. | Stevenson Delerme | NY | USA | | | | Personal Injury |
| 55. | Khadija DeLoache | NY | USA | | | | Personal Injury |
| 56. | Mejrema Demirovic | NY | USA | | | | Personal Injury |
| 57. | Ramazan Demirovic | NY | USA | | | | Loss of Consortium |
| 58. | John W. Dennehy | NY | USA | | | | Personal Injury |
| 59. | Patricia G. Dent | NY | USA | | | | Personal Injury |
| 60. | Maria M. Diaz | NJ | USA | | | | Personal Injury |
| 61. | George Oliveri | NY | USA | Debra Diblase | husband | USA | Death, Loss of Consortium, Solatium |
| 62. | Patricia Diggs-Herman | NY | USA | | | | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 63. | Laura Diop | NC | USA | | | | Personal Injury |
| 64. | Joseph DiPiazza | NY | USA | | | | Personal Injury |
| 65. | Virginia Seriano | NY | USA | | | | Loss of Consortium |
| 66. | John DiToro | NY | USA | | | | Personal Injury |
| 67. | Dawn DiToro | NY | USA | | | | Loss of Consortium |
| 68. | Randolph Dixon | NY | USA | | | | Personal Injury |
| 69. | Mariana Conteh | NY | USA | | | | Loss of Consortium |
| 70. | Francis Doherty | NY | USA | | | | Personal Injury |
| 71. | Dennis Dominguez | NJ | USA | | | | Personal Injury |
| 72. | Danielle R. Donadio | FL | USA | | | | Personal Injury |
| 73. | Rocco Donadio | NY | USA | | | | Personal Injury |
| 74. | Doreen Donadio | NY | USA | | | | Loss of Consortium |
| 75. | Yi Fa Dong | NY | USA | | | | Personal Injury |
| 76. | Manuel Dosil | NY | USA | | | | Personal Injury |
| 77. | Bridget Douglas | NY | USA | | | | Personal Injury |
| 78. | Sidney Burton | NY | USA | | | | Loss of Consortium |
| 79. | Ruby Douglas | NY | USA | | | | Personal Injury |
| 80. | Dina N. Doyen Ramos | NY | USA | | | | Personal Injury |
| 81. | Albert Drayton | MD | USA | | | | Personal Injury |
| 82. | Malesca Drayton | MD | USA | | | | Loss of Consortium |
| 83. | Edward D'Rozario | NY | USA | | | | Personal Injury |
| 84. | Martin Duane | NJ | USA | | | | Personal Injury |
| 85. | John J. Duff, III | NC | USA | | | | Personal Injury |
| 86. | George Dumont | NY | USA | | | | Personal Injury |
| 87. | Catherine Clancy-Dumont | NY | USA | | | | Loss of Consortium |
| 88. | Patrick Dunn | NY | USA | | | | Personal Injury |
| 89. | Vanessa Eason | NY | USA | Alma Louise Eason | daughter | USA | Death, Solatium |
| 90. | Jack Einheber | NY | USA | | | | Personal Injury |
| 91. | Jack Einheber | NY | USA | Steven Einheber | brother | USA | Death, Solatium |
| 92. | Santo Elardo | NY | USA | | | | Personal Injury |
| 93. | Wajeeh Elias | NY | USA | | | | Personal Injury |
| 94. | Sahar Sabri | NY | USA | | | | Loss of Consortium |
| 95. | Friderika Elinson | NY | USA | | | | Personal Injury |
| 96. | Harvey Elkins | NY | USA | | | | Personal Injury |
| 97. | Brenda H. Ellis | NY | USA | | | | Personal Injury |
| 98. | Daniel Ellis | NY | USA | | | | Personal Injury |
| 99. | Essie Ellis | NY | USA | | | | Personal Injury |
| 100. | Jimmie Smith | NY | USA | | | | Loss of Consortium |